08CV2345 EDA
JUDGE ANDERSEN
MAGISTRATE JUDGE COLE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **SEMIR D. SIRAZI**, an Illinois resident, | ) | |
| | ) | |
| Plaintiff, | ) | No. |
| | ) | |
| v. | ) | |
| | ) | |
| **PANDA EXPRESS, INC.**, a California | ) | |
| corporation, **PANDA RESTAURANT** | ) | |
| **GROUP, INC.**, f/k/a **PANDA MANAGEMENT** | ) | |
| **COMPANY, INC.**, a California corporation, | ) | |
| and **CITADEL PANDA EXPRESS, INC.**, | ) | |
| a California corporation, | ) | |
| | ) | |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

## Exhibit Index

Exhibit 1……………………………………………………………….Joint Financial Statement

Exhibit 2…………………………………………………………………….Assignment Document

Exhibit 3……………………………………………………………Concessions' warrants agreement

Exhibit 4……………………………………………………………..Enterprises' warrants agreement

Exhibit 5……………………………………………………………….Rezko Guarantee Agreement

Exhibit 6…………………………………………………………………..Chaib Pledge Agreement

Exhibit 7…………………………………………………………..12/18/07 Order from Judge Arnold

Exhibit 8……………………………………………………………………..Technomic Audit

Exhibit 9……………………………………………………………..September 26, 2000 Amendment

Exhibit 10…………………………………………………………..August 15, 2000 Lavin letter

Exhibit 11………………………Excerpts of September 26, 2000 Loan and Security Agreement

Exhibit 12………………………………………………………March 29, 2001 LaSalle Bank letter

Exhibit 13…………………………………………………………....June 3, 2001 Amendment

Exhibit 14………………………………………………………….June 16, 2002 Amendment

Exhibit 15……………………………………………………...June 1, 2006 Purchase Agreement

Exhibit 16………………………………………………………….June 2, 2006 wire transfer

Exhibit 17……………………………………………………………….Panda Express email

Exhibit 18…………………………………………………………………Dan Sheehy email

Exhibit 19……………………………………………………Amended Purchase Agreement

Exhibit 20……………………………………………………….R. Michael Wilkinson email

Exhibit 21…………………………………………………….June 20, 2006 wire transfer

Exhibit 22………………………………………………November 2, 2006 Panda Express letter