AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Sirazi **JUDGMENT IN A CIVIL CASE**

v. Case Number: 08 C 2345

Panda Express, et al

■ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered as follows:
- on Counts 1, 2, 5, 6, and 8 of plaintiffs' first amended complaint, in favor of defendants Panda Express, Inc., Panda Restaurant Group, Inc., and Citadel Panda Express, Inc. and against plaintiffs Semir Sirazi and PE Chicago, LLC;

- on Count 7 of plaintiffs' first amended complaint, in favor of plaintiff PE Chicago, LLC and against defendant Panda Express, Inc. in the amount of $5,140,000, and in favor of all other defendants and against plaintiff.

- on Counts 3 and 4 of plaintiffs' first amended complaint, in favor of plaintiff Semir Sirazi and against defendants Panda Express, Inc., Panda Restaurant Group, Inc., Citadel Panda Express, Inc., Andrew Cherng, and Peggy Cherng, jointly and severally, in the amount of $1,100,000 for compensatory damages, and for punitive damages individually as follows: against Panda Restaurant Group, Inc. in the amount of $2,000,000, against Andrew Cherng in the amount of $2,000,000, and against Peggy Cherng in the amount of $2,000,000.

- on Counts 3 and 4 of plaintiffs' first amended complaint, in favor of all defendants and against plaintiff PE Chicago, LLC.

- on the counterclaim of defendant Panda Restaurant Group, Inc., in favor of defendant and against plaintiff PE Chicago, LLC in the amount of $858,327.08.

Thomas G. Bruton, Clerk of Court

Date: 4/25/2012

/s/ Olga Rouse, Deputy Clerk