**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Semir D. Sirazi, et al.
Plaintiff,
v.
Panda Express, Inc., et al.
Defendant.

Case No.: 1:08−cv−02345
Honorable Matthew F. Kennelly

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 31, 2012:

MINUTE entry before Honorable Matthew F. Kennelly: The parties' joint stipulation and motion to vacate judgment is granted. The jury's verdict, and the judgment entered on 4/25/12, are both vacated pursuant to Federal Rule of Civil Procedure 60(b). The case is dismissed with prejudice and without costs. All other pending motions are terminated. The status hearing set for 11/1/12 is vacated. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.